UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atlas Air, Inc.

Plaintiff,

-v-

Ocean Airlines, S.p.A.

Defendant.

JUDGE ROBINSON

Case No. 07 CV 10478

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Atlas Air, Inc.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff: Atlas Air, Inc.; Atlas Air Worldwide Holdings, Inc.; Polar Air Cargo Worldwide, Inc.
Defendant: Ocean Airlines, S.p.A.

FILED
U.S. DISTRICT COURT
2007 NOV 20 PM 2:12
S.D. OF N.Y.

**Date:** 11/20/07

Signature of Attorney

**Attorney Bar Code:** 1971159

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Form Rule7_1.pdf  SDNY Web 10/2007