IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Atlas Air, Inc. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 CV 10478 (SCR) |
| Ocean Airlines S.p.A. | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT

Katherine Henninger does hereby declare under the penalties of perjury that the following is true and correct:

1. I am over the age of eighteen (18) years and I am not a party to this action.

2. On November 20, 2007, I enclosed a true and correct copy of the Summons and Complaint and Civil Cover Sheet in a prepaid Federal Express package addressed to: Rossano De Luca, Chief Executive Officer, Ocean Airlines, S.p.A., Aeroporto di Brescia 25018, Montichuri (BS) Italy.

3. I asked Federal Express for confirmation that package was received and signed for at the above address and it was confirmed as being delivered and signed for on November 23, 2007 at the above address.

4. Attached as Exhibit A to this Declaration is the confirmation documentation received from Federal Express setting forth the date of delivery and that it was signed for and received on that date.

Sworn and susbscribed to this 4th day of December 2007:

_Katherine Henninger_
Katherine Henninger

file:

Atlas v. Ocean

```
X-ASG-Debug-ID: 1195840541-79c100dc0000-7ZFxES
X-Barracuda-URL: http://206.123.82.221:8000/cgi-bin/mark.cgi
X-AuditID: c751815c-a72bfbb0000006ae-ce-474718859519
Date: Fri, 23 Nov 2007 12:14:28 -0600 (CST)
From: TrackingUpdates@fedex.com
Reply-To: trackingmail@fedex.com
To: khenninger@mcgovernlaw.com
X-ASG-Orig-Subj: FedEx Shipment 798313637066 Delivered
Subject: FedEx Shipment 798313637066 Delivered
X-FX-NDS-ID: tQB4Qvqygag0hX2wX3tgPA5S7zk/1GfrnU312U4cF0vQemQ1QcXj4A==
X-FX-NDS-MSG-POS: t3PMvj8ykslkGim8WXulpOv5sWAYVehoKxhq//IGqrsGSAcf/tayIbL5z3vQWl1j
X-FX-NDS-MSG-ID: D9tjyiVPEjVPTj/Lk7qlTQ==
X-Brightmail-Tracker: AAAAAA==
X-Barracuda-Connect: xm19.infosec.fedex.com[199.81.217.41]
X-Barracuda-Start-Time: 1195840541
X-Barracuda-Virus-Scanned: by Cybershore Spam Sentry at cshore.com
X-Barracuda-Spam-Score: 0.68
X-Barracuda-Spam-Status: No, SCORE=0.68 using per-user scores of TAG_LEVEL=3.0
QUARANTINE_LEVEL=4.0 KILL_LEVEL=9.0 tests=HTML_MESSAGE, HTML_TAG_EXIST_TBODY, MIME_HTML_ONLY,
NO_REAL_NAME
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.34685
          Rule breakdown below
           pts rule name               description
           ---- ----------------------  --------------------------------------------------
           0.55 NO_REAL_NAME            From: does not include a real name
           0.13 HTML_TAG_EXIST_TBODY    BODY: HTML has "tbody" tag
           0.00 HTML_MESSAGE            BODY: HTML included in message
           0.00 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
X-RCPT-TO: <khenninger@mcgovernlaw.com>
```

This tracking update has been requested by:

Company Name:           McGovern & Associates
Name:                   Katey Henninger
E-mail:                 khenninger@mcgovernlaw.com


Our records indicate that the following shipment has been delivered:

Ship (P/U) date:            Nov 20, 2007
Delivery date:              Nov 23, 2007 10:12 AM
Sign for by:                .OCEAN
Delivered to:               Receptionist/Front Desk
Service type:               FedEx International Priority
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     1.00 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            798313637066


Shipper Information              Recipient Information
KATEY HENNINGER                  ROSSANO DE LUCA
MCGOVERN ASSOCIATES              OCEAN AIRLINES, S.P.A.
14 E. 60TH STREET;SUITE 606      AEROPORTO DI BRESCIA
NEW YORK                         MONTICHIURI (BS)
NY                               IT
US                               25018
10022

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:14 PM CST on 11/23/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



Close Window

## Track Shipments/FedEx Kinko's Orders
## Detailed Results

Print

| | | | |
|---|---|---|---|
| **Tracking number** | 798313637066 | **Destination** | MONTICHURI (BS) IT |
| **Signed for by** | .OCEAN | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | Nov 20, 2007 | **Service type** | Priority Envelope |
| **Delivery date** | Nov 23, 2007 10:12 AM | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 23, 2007 | 10:12 AM | Delivered | MONTICHURI (BS) IT | |
| | 8:10 AM | On FedEx vehicle for delivery | LA SPEZIA IT | |
| | 8:05 AM | At local FedEx facility | LA SPEZIA IT | |
| Nov 22, 2007 | 4:30 AM | Int'l shipment release | MALPENSA IT | |
| | 4:30 AM | In transit | MALPENSA IT | |
| | 2:37 AM | In transit | MALPENSA IT | Package available for clearance |
| Nov 21, 2007 | 9:19 PM | Departed FedEx location | PARIS FR | |
| | 2:26 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 20, 2007 | 11:12 PM | Left origin | NEW YORK, NY | |
| | 10:27 PM | Left origin | NEW YORK, NY | |
| | 10:27 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 6:07 PM | Picked up | NEW YORK, NY | |
| | 1:54 PM | Package data transmitted to FedEx | | |

E-mail results | Track more shipments/orders

Subscribe to tracking updates (optional)

Your Name: [ ]    Your E-mail Address: [ ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format: ● HTML  ○ Text  ○ Wireless

Add personal message:

Not available for Wireless or

https://www.fedex.com/Tracking?action=track&    11/26/2007

Tracking summary

non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

Close Window

From: Origin ID: JRBA  (212) 688-9840
Katey Henninger
McGovern & Associates
14 E. 60th Street
Suite 606
New York, NY 10022
UNITED STATES



Ship Date: 20NOV07
ActWgt: 1 LB
System#: 8934695/INET7091
Account#: S ********

TotWgt: 1 LB

REF:
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: USD
T/C: S 228126047    D/T: R
SIGN: Katey Henninger
EIN/VAT:

SHIP TO: 390309657370    BILL SENDER

Rossano De Luca
Ocean Airlines, S.p.A.
Aeroporto di Brescia

Montichuri (BS), 25018
IT



TRK# 0430  7983 1363 7066    IP ENVELOPE    PM

MXP
-IT
25018

Z5-QLPA



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

---

**Shipping Label: Your shipment is complete** This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.