AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ATLAS AIR, INC().
  Plaintiff,

**NOTICE OF APPEARANCE**

v.

Case Number: 07 CV 10478 (SCR)

OCEAN AIRLINES S.p.A.,
  Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT, Ocean Airlines S.p.A.

I certify that I am admitted to practice in this court.

| 12/18/2007 | Signature |
|---|---|
| Date | Andrew J. Ryan, Esq.    AR-6678 |
|  | Print Name    Bar Number |

Salisbury & Ryan LLP, 1325 Avenue of the Americas, Suite 704
Address

| New York | NY | 10019-6026 |
|---|---|---|
| City | State | Zip Code |

(212) 977-4660    (212) 977-4668
Phone Number    Fax Number