*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

**Atlas Air, Inc.**

                    Plaintiff(s),

        - against -

                                        07 Civ. 10478 (SCR)

**Ocean Airlines S.p.A.**

                    Defendant(s).
-------------------------------------------------------------x

## STIPULATION TO ENTER JUDGMENT

Plaintiff Atlas Air, Inc. and Defendant Ocean Airlines, S.p.A., by and through their undersigned counsel, hereby stipulate that judgment in the above referenced matter shall be entered in favor of Plaintiff Atlas Air, Inc. in accordance with the attached Exhibit A: "Final Judgment in a Civil Case".

PLAINTIFF

_____
By: Brian T. Foley
MCGOVERN & ASSOCIATES
14 East 60th Street, Suite 606
New York, New York 10022
Phone: 212-688-9840
Attorney for Plaintiff

DEFENDANT

_____
By: Andrew Ryan
SALISBURY & RYAN
1325 Avenue of the Americas
New York, New York 10019
Phone: 212-977-4660
Attorney for Defendant

White Plains, New York

Dated: March 11, 2008

SO ORDERED

_____
U.S.D.J.  3/12/05

DATED