UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**Atlas Air, Inc.**

                Plaintiff(s),

   - against -

                                       07 Civ. 10478 (SCR)

**Ocean Airlines S.p.A.**

                Defendant(s).
------------------------------------------------------------X

## FINAL JUDGMENT IN A CIVIL CASE

WHEREAS, on March 12, 2008 the Plaintiff and Defendant stipulated to the entry of Final Judgment in favor of Plaintiff Atlas Air, Inc. and against Defendant Ocean Airlines, S.p.A. pursuant to the Settlement Agreement so ordered by the court on February 26, 2008;

WHEREAS, the Court concludes, and the parties agree, that post-judgment interest as specified in the Contract at issue in this case shall run at the rate of fifteen percent (15%) *per annum* on any unpaid amounts until the judgment is paid in full;

NOW THEREFORE, IT IS HEREBY ORDERED that:

    1.    Judgment is entered in favor of Atlas Air, Inc. against Ocean Airlines, S.p.A. in the amount of $735,986.01 which includes pre-judgment interest through March 14, 2008; and

    2.    Post-judgment interest shall be calculated from March 15, 2008, on the judgment amount until paid in full; and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

3.   Plaintiff Atlas Air, Inc. shall be entitled to an additional award of any attorney's fees, costs and expenses incurred in any further proceedings necessary to enforce this Final Judgment.

White Plains, New York

Dated: March 14, 2008

_____
Stephen C. Robinson U.S.D.J.